January 12, 1976

No. 75–414. Thompson Van Lines, Inc., et al. v. United States et al. Affirmed on appeal from D. C. D. C.

No. 75–677. Schwartz, Chairman, New York Board of Elections, et al. v. Vanasco et al. Affirmed on appeal from D. C. E. D. N. Y.

No. 75–678. Schwartz, Chairman, New York Board of Elections, et al. v. Postel. Affirmed on appeal from D. C. S. D. N. Y.

No. 75–520. National Association of Regulatory Utility Commissioners v. United States et al. Affirmed on appeal from D. C. D. C. Mr. Justice Powell and Mr. Justice Rehnquist would note probable jurisdiction and set case for oral argument.

No. 75–602. Cabot Corp. v. Public Service Commission of West Virginia et al. Appeal from Sup. Ct. App. W. Va. dismissed for want of substantial federal question.

No. 75–639. Gentile et al. v. Altermatt et al. Appeal from Sup. Ct. Conn. dismissed for want of substantial federal question.

No. 75–5715. Swain v. Tennessee. Appeal from Sup. Ct. Tenn. dismissed for want of substantial federal question.